Gerald G. BONDERER,
Plaintiff-Respondent,

v.

Gladwyn HUGHES, Defendant-Appellant.

No. WD 33119.

Missouri Court of Appeals,
Western District.

Nov. 16, 1982.

R.M. Gifford of Gifford & Richardson, Green City, for defendant-appellant.

James P. Valbracht of Cleaveland, Macoubrie, Lewis & Cox, Chillicothe, for plaintiff-respondent.

Before SOMERVILLE, C.J., and TURNAGE and MANFORD, JJ.

ORDER

PER CURIAM:

Plaintiff sued for recovery of rental of pasture land pursuant to oral contract. Court entered judgment in favor of plaintiff for $500.00 and costs.

Judgment affirmed. Rule 84.16(b).